UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEFE KAPLAN MARITIME, Inc., | No. C  05-0314 WDB |
| Plaintiff, | ORDER SETTING DEADLINE FOR FILING OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | |
| NIKOLAI TEHIN, *an individual, in personam,* S/V ESCAPADE, *Official No. 237297, and her engines, gear, tackle, appurtenances, etc., in rem,* | |
| Defendant. | |
| _____/ | |

The Clerk entered defendant's default in this case on April 13, 2005. On May 19, 2005, plaintiff's counsel requested to vacate the Initial Case Management Conference, scheduled for May 24, 2005, on the ground that plaintiff intended to file a motion for default judgment against all parties "in the coming days." Despite the passage of three weeks (since plaintiff filed its request to vacate the case management conference), however, plaintiff's counsel has not filed a motion for default judgment.

The Court hereby sets a deadline of **July 1, 2005,** for the filing of plaintiff's motion for default judgment. If the motion is not filed by this date, the Court will file a Report and

Recommendation recommending that the case be dismissed for lack of prosecution.

IT IS SO ORDERED.

Dated:   June 13, 2005                                    /s/  Wayne D. Brazil
                                                          WAYNE D. BRAZIL
                                                          United States Magistrate Judge

Copies to:
Plaintiff, WDB, stats.