**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEEFE KAPLAN MARITIME, Inc.,

             Plaintiff,

    v.

NIKOLAI TEHIN, *an individual, in personam,* S/V ESCAPADE, *Official No. 237297, and her engines, gear, tackle, appurtenances, etc., in rem,*

             Defendant.

_____/

No. C   05-0314 WDB

ORDER RE: MOTION FOR DEFAULT JUDGMENT

      On June 27, 2005, plaintiff filed a motion for default judgment in the above-referenced case. The hearing on plaintiff's motion is scheduled for **August 1, 2005, at 1:00 p.m.**, in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California, 94612.

      Defendants' opposition must be served and filed no later than July 13, 2005. Any reply to the opposition must be served and filed no later than July 20, 2005.

1         <u>Plaintiff is directed to immediately serve a copy of this order (and a copy of its</u>

2    <u>moving papers, if it has not already done so) on defendant.</u>[1]  If plaintiff's counsel cannot

3    locate defendants after a reasonable, good-faith, effort, they must submit a declaration

4    documenting their efforts to effectuate such service.

5         IT IS SO ORDERED.

6    Dated: July 5, 2005

7                          /s/  Wayne D. Brazil
                           WAYNE D. BRAZIL

8                          United States Magistrate Judge

9    Copies to:

10        Plaintiff with direction to serve defendants,
          WDB.

---

[1]  The Court also directs plaintiff to e-file a proof of service immediately upon service of the above-referenced documents on defendants.

2