**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEFE KAPLAN MARITIME, Inc., | No. C 05-0314 WDB |
| Plaintiff, | ORDER CONTINUING HEARING AND SETTING BRIEFING FOR RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | |
| NIKOLAI TEHIN, *an individual, in personam,* S/V ESCAPADE, *Official No. 237297, and her engines, gear, tackle, appurtenances, etc., in rem,* | |
| Defendant. | |

     The Court has received plaintiff's letter filed July 20, 2005, seeking to continue the August 1, 2005, hearing.

     The hearing in connection with plaintiff's Application for Default Judgment, filed June 27, 2005, currently scheduled for <u>August 1, 2005, at 1:00 p.m.</u>, is CONTINUED to **Monday, August 22, 2005, at 1:30 p.m.**

     <u>All</u> oppositions to plaintiff's Application for Default Judgment must be filed and served **by Monday, August 8, 2005.**

     Any reply to the opposition(s) must be personally served and filed **by Monday, August 15, 2005, at <u>2:00 p.m.</u>**

1

1 **The Court ORDERS plaintiff to immediately serve, by hand delivery, a
2 copy of this order on defendants and all other interested parties.** Plaintiff may
3 complete service via facsimile if the party being served consents.
4  IT IS SO ORDERED.

5 Dated:   July 25, 2005                                 /s/  Wayne D. Brazil
6                                                        WAYNE D. BRAZIL
                                                       United States Magistrate Judge
7
8 Copies to:
Plaintiff, WDB, stats.