**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEFE KAPLAN MARITIME, Inc., | No. C   05-0314 WDB |
| Plaintiff, | **SECOND** ORDER CONTINUING HEARING AND SETTING BRIEFING FOR RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | |
| NIKOLAI TEHIN, *an individual, in personam,* S/V ESCAPADE, *Official No. 237297, and her engines, gear, tackle, appurtenances, etc., in rem,* | |
| Defendant. | |
| _____/ | |

The Court has received plaintiff's letter, dated August 19, 2005,[1] seeking to continue the August 22, 2005, hearing.

The hearing in connection with plaintiff's Application for Default Judgment, filed June 27, 2005, currently scheduled for August 22, 2005, at 1:30 p.m., is CONTINUED to **Monday, September 26, 2005, at 1:00 p.m.**

---

[1] Plaintiff's August 19, 2005, letter was delivered via facsimile to the undersigned's chambers on August 19, 2005. On August 22, 2005, court staff directed plaintiff's counsel to e-file this letter as soon as practicable.

1

<u>All</u> oppositions to plaintiff's Application for Default Judgment must be filed and served **by September 16, 2005.**[2]

**The Court ORDERS plaintiff to immediately serve, by hand delivery, a copy of this order on defendants and all other interested parties.** Plaintiff may complete service via facsimile if the party being served consents.

IT IS SO ORDERED.

Dated:   August 22, 2005

/s/  Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Plaintiff, WDB, stats.

---

[2] In a conversation with court staff on August 22, 2005, plaintiff's counsel Rupert Hansen waived plaintiff's right to file a reply brief.