```
 1  COX, WOOTTON, GRIFFIN,
    HANSEN & POULOS LLP
 2  Terence S. Cox (SBN 76142)
    Rupert P. Hansen (SBN 82302)
 3  Max L. Kelley (SBN 205943)
    190 The Embarcadero
 4  San Francisco, CA 94105
    Telephone No.: 415-438-4600
 5  Facsimile No.: 415-438-4601

 6  Attorneys for Plaintiff,
    Keefe Kaplan Maritime, Inc.
 7

 8
```

**FILED**

DEC 2 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Keefe Kaplan Maritime, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Nikolai Tehin, an individual, *in personam*, and the S/V ESCAPADE, Official No. 237297, and her engines, gear, tackle, appurtenances etc., *in rem*, <br><br> Defendants. | Case No.: C-05-0314 MHP (WDB) <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF RELIEF FROM PUBLICATION |

On November 28, 2005, in the above-entitled Court, the Court ~~heard~~ reviewed plaintiff's Motion for Relief from Publishing the Notice of Sale of the defendant Vessel S/V ESCAPADE in the San Francisco Chronicle, which was submitted on the papers. ~~Max L. Kelley appeared on behalf of plaintiff Keefe Kaplan Maritime, Inc.~~ There was no opposition to plaintiff's Motion and no appearance by the defendant or his counsel ~~at the hearing of~~ in this matter. The Court has determined that the cost of publishing said Notice of Sale in the San Francisco Chronicle is impractical and, pursuant to Local Admiralty Rule 9-2(a), grants plaintiff relief as stated below.

///

///

-1-
[PROPOSED] ORDER GRANTING PLAINTIFF RELIEF FROM PUBLICATION                Case No.:C 05 00314 WDB

1  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

2  Plaintiff's Motion for Relief is GRANTED. Plaintiff shall only be required to
3  publish the Notice of Sale in The Recorder for six days prior to the date of sale.

4  Dated: ~~November~~ Dec. 27, 2005

5  _____
   UNITED STATES DISTRICT JUDGE